PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIDE LEAL,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-cv-01599-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 12) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a new hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

Respectfully submitted this 14th day of April, 2023.

                      Respectfully submitted,

                      PHILLIP A. TALBERT
                      United States Attorney

By:   *s/ Oscar Gonzalez de Llano*
        OSCAR GONZALEZ DE LLANO
        Special Assistant United States Attorney
        Attorneys for Defendant

                      Respectfully submitted,

                      United Disability Lawyers Group

By:   */s/ Betty Herrera \**
        Betty Herrera
        Attorneys for Plaintiff
        *\*Authorized by email*

Stip. to Remand

**ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 12), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2023**                           /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

Stip. to Remand