Betty Herrera, Esq. (CSBN 242189)
UNITED DISABILITY LAWYERS GROUP
285 N. Hill Avenue, Suite 100
Pasadena, California 91106
Direct Line: (401) 400-4276
Office: (888) 425-1666
bherrera@uniteddisabilitylawyers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIDE LEAL, | ) Case No. 1:22-cv-01599-SKO |
| | ) |
| Plaintiff, | ) STIPULATION AND UNOPPOSED |
| | ) MOTION FOR THE AWARD AND |
| v. | ) PAYMENT OF ATTORNEY FEES |
| | ) AND EXPENSES PURSUANT TO |
| KILOLO KIJAKAZI, | ) THE EQUAL ACCESS TO JUSTICE |
| Acting Commissioner of Social | ) ACT, 28 U.S.C. § 2412(d), AND |
| Security, | ) COSTS PURSUANT TO 28 U.S.C. § |
| | ) 1920; ORDER |
| Defendant. | ) |
| | ) (Doc. 15) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that ALIDE LEAL be awarded attorney fees and expenses in the amount of ONE THOUSAND SEVEN HUNDRED NINETY FIFTY DOLLARS AND ZERO CENTS ($1,750) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to ALIDE LEAL, the government will consider the matter of ALIDE LEAL assignment of EAJA fees to Betty Herrera.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to ALIDE LEAL, but if the Department of the Treasury determines that ALIDE LEAL does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Betty Herrera, United Disability Lawyers Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Betty Herrera.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that ALIDE LEAL and/or Betty Herrera including United Disability Lawyers Group may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Betty Herrera and/or United Disability Lawyers Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: July 18, 2023     UNITED DISABILITY

By:  */s/ Betty Herrera*
     BETTY HERRERA
     Attorneys for Plaintiff

Dated: July 18, 2023

E. MARTIN ESTRADA
United States Attorney

By: */s/ Oscar Gonzalez*       *
Oscar Gonzalez
*\* By email authorization on 07/18/2023*
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (erroneously docketed as a motion) (Doc. 15),

IT IS ORDERED that fees and expenses in the amount of ONE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND ZERO CENTS ($1,750) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **July 21, 2023**          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE